Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

11 CV 0384 F

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.    Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization. The only plaintiff considered will be the plaintiff who filed an application and Authorization.*

1. Robert Arnold Sharpe Jr  1000298370
2. Tommy Mechelle Sharpe

-VS-

**B.    Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Stephen Butler
2. Wayne Luke
3. Anthony Heath
4. Antonio Carter
5. Elizabeth Carter
6. Kathy Helms
11. Officer Johnson
7. Regina Wilkerson
8. Elaine Douglas  9. Billie Jean Melton  10. Matt Bennett

Separate Statements Enclosed

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Robert Arnold Sharpe Jr  1000298370
Present Place of Confinement & Address: 500 County Farm RD Nashville Georgia 31639

Name and Prisoner Number of Plaintiff: Tommy Mechelle Sharpe
Present Place of Confinement & Address: 1018 Post RD Baxley Ga 31513

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Stephen B Butler

(If applicable) Official Position of Defendant: lead Case worker for berrian County department of Family Services!

(If applicable) Defendant is Sued in _____ Individual and/or ✓ Official Capacity

Address of Defendant: _____

Name of Defendant: Wayne luke

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in _____ Individual and/or ✓ Official Capacity

Address of Defendant: _____

Name of Defendant: Anthony Heath

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in _____ Individual and/or ✓ Official Capacity

Address of Defendant: _____

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
    Yes ✓   No ____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:
    Plaintiff(s): ~~[illegible]~~, Robert Arnold Sharpe jr
    Defendant(s): Kathy Helms, Regina Wilkerson, Elizabeth Carter, Wayne luke

2.  Court (if federal court, name the district; if state court, name the county): United States district Court for the middle district of Georgia Valdosta Division

3.  Docket or Index Number: 7:10-CV-00077

4.  Name of Judge to whom case was assigned: Hugh lawson

2

5. The approximate date the action was filed: *September 10 2010*

6. What was the disposition of the case?

    Is it still pending? Yes____ No ✓

        If not, give the approximate date it was resolved. *October 05, 2010*

    Disposition (check the statements which apply):

    ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

        ✓ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ <u>Judgment</u> upon motion or after trial entered for

        ____ plaintiff

        ✓ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes ✓ No____

<u>If Yes, complete the next section</u>. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s): *Robert Arnold Sharpe, JR*

    Defendant(s): *Anthony Heath, Antony Carter*

2. District Court: *United States District Court for the middle district of Georgia*

3. Docket Number: *7:10-cv-00082*

4. Name of District or Magistrate Judge to whom case was assigned: *Hugh Lawson*

5. The approximate date the action was filed: *September 2nd 2010*

6. What was the disposition of the case?

    Is it still pending? Yes____ No ✓

        If not, give the approximate date it was resolved. *October 21st 2010*

3

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

    ✓ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

    ____ plaintiff

    ✓ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

A. FIRST CLAIM: On (date of the incident) 06-15-2010,
defendant (give the name and position held of each defendant involved in this incident) Kathy Helms, "District Attorney! Regina Wilkerson An Wayne Icke Both Envestigators, Anthony Heath Sheriff, Antonio Carter
did the following to me (briefly state what each defendant named above did): Falsely Accuse An False Arrest me under No Evidence, Kept me from Court proceeding(s) did An (still is) trying to maliciously prosecute me," Did An willingly An are still in process of malicious prosecution, Did An willingly Forged An or Altered legal document(s) Did Mentally play on me Shopes mind An still continue to do so, An Un-Sanitary Condition of Jail Housing! "over packed)

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Prisoner petitions, Civil Rights"

The relief I am seeking for this claim is (briefly state the relief sought): 4 ~~[scratched out]~~ 6 Million for False Arrest, Maliciously prosecuted, Mentally played on, Altered paper(s)! An Released at once"

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes ___ No   If yes, what was the result? None

Did you appeal that decision? ✓ Yes ___ No   If yes, what was the result? Nothing, All Stated They Kathy Helms, Regina Wilkerson, Wayne Icke, Anthony Heath, Antonio Carter Stated Had Nothing to do with it.

Attach copies of any documents that indicate that you have exhausted this claim.

If you did not exhaust your administrative remedies, state why you did not do so: ___

A. SECOND CLAIM: On (date of the incident) ___,
defendant (give the name and position held of each defendant involved in this incident) Stephen Belisle Case Worker, Billie Jean Melton Case Worker, Elaine Douglas Case Worker, Matt Bennett Case Worker

did the following to me (briefly state what each defendant named above did): Mr Butler, Mr Bennett, Ms Elaine Douglas, Ms Billie Jean Melton did sale on or had part take in the saleing of Mr Sharpes an Ms McNeelys Children, Did in fact set up charges an or Allegation(s) on Mr Sharpe, falsely accused, denied access to courts. Did play on the Emotions mentally on Mr Sharpes an Ms McNeelys mind.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Prisoner petitions, Civil Rights

The relief I am seeking for this claim is (briefly state the relief sought): 10 Million

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ✓ Yes ___ No   If yes, what was the result? ___

Did you appeal that decision? ✓ Yes ___ No   If yes, what was the result? All was turned down.

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: ___

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

10 Million dollar(s) - Did willing an knowingly went an Illegally went against Mr Sharpes and Ms McNeelys U.S. Const rights under O.C.G.A. 5-6-43, 5-6-41, an 5-6-32 an Rule 67 G.C.R.P an Released At Once

Do you want a jury trial? Yes ✓ No ___

6

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04-20-2011___
(date)

NOTE: *Each* plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.

_Robert Arnold Sharpe jr_
_Tammy meChelle Sharpe_

Signature(s) of Plaintiff(s)

7

1 of 4

Did Knowing And Willingly Take part an or Commit the acts of Sale(s) An delivery of Children under the age of 16." Mr. Butler Along with Warren L Mixon, An Billie Sean Melton, Elaine Douglas, Matt Bennett. was in fact part Takers in This Scheme" plaintiff was IN fact INCarserated at time of delivery of Children To Wit: Kaia Laicole McNeely/Sharpe D.O.B 01-05-06 AN Kalee Marie Sharpe, D.O.B. 02-24-07 To a MR and Ms McDaniels of Nashville Georgia. There for mother michelle lee McNeely father Robert Arnold Sharpe JR was Not Allowed To make Any Complaints (Due process) Courts did Not let MR Sharpe Nor Ms McNeely Say AnyThing to defend them selfs. free speech."

   MR Butler had Said out of his own Mouth The Children is to be returned to the Mother Ms McNelly witch Never took place because of Children being Sold to Ms McDaniels MR Sharpe had No Chance due to Access to Court To defend him self as well as Ms McNeely. due to the Cover up of Saleing Children "MR Butler Then got in To Connection with Wayne luke, Anthony Heath, Antoine Carter Elizabeth Carter, Kathy Helms. witch in fact placed false allegations on MR Sharpe witch Cause for false arrest, MR Sharpe was Serving A Sentence Non related to these allegation(s) MR Sharpe MAX out on it on 03-30-2011 AND was transported to Nashville Georgia Jail. Sense These Allegation(s) was made was supose to Took place In JUNE 05" Threw The 12th of 2009, MR Sharpe has Not Seen a Court house for Any of These Charges(s), But Still remain in Jail.

2 of 4

Which falls under malicious prosecution, false Arrest, Failure To due process, An free Speech, These people has violated MR Sharpe Civil rights from the beganing, MR Sharpe has been to A bond hearing on or about JUNE 15 where bond was set at 50,000 Cash No Attorney was present, Sense then MR Sharpe has Not been to Any Court perceedings, ONCe in Jail The Courts apointed Ms "Janice prince". While in Jail MR Ester Cannell, Wanda McCulloch, Damien Bennett, Anthony Heath, Antonio Carter, Has denied MR Sharpe of libary Access, Court Access, Indegent request access, The acts of Anthony Heath, Antonio Carter, Kathy Helms, Wayne Juke, Regina Wilkerson is very unprofessional And violates MR Sharpes rights, Not performing legal duties under the laws of State 1st And 14 Amend's US. Const. O.C.G.A 5-6-43, 5-6-41 And 5-6-32-34 An Rule 67 G.C.O.P

Futher more on 10/06/2010 MR Sharpe was court order to paticipation in permanency planning hearing A proceeding in which he (MR Sharpe) is a party MR Sharpe provided the Court documentation to the administration officers prior to the scheduled telephone Communication AN filed Several request to remind the officers of the vital telephone Communication "But received unprofessional responses. MR Sharpe spoke to Ester Cannell about the telephone Communication AN he assured MR Sharpe he would be allowed to use the phone to participate in the permanency planning Hearing" MR Sharpe know beyond A dout defendants Heath AN Carter Knew about the Vanburen County probate court had requested MR Sharpe to participate in the pheno Conference, How ever They refused to

3 of 4

Ms McCulloch lied to Mr Sharpe, in order to keep him from making (or) participating in the telephone conference. An Defendant Bennett knew about it. (The required call) But refused to assist Mr Sharpe. Upon the unprofessional act of these defendants it has caused Mr Sharpe to loose his children to the state of michigan 36th Judicial Circuit, Van Buren county probate court, "prisoner(s) have a constitutional right of access to the courts In Bounds vs Smith 430 U.S. 817, 821 (1977) As with adequate law libraries or adequate assistance from person trained in law Id. at 828

Furthermore," Wayne Luke, Anthony Heath, Antonieo Carter, Elizabeth Carter. An Kathy Helms, Has All Violated Mr Sharpes Constitutional rights for False allegations, False arrest, Court proceeding, Mr Sharpe has Not been to Any proceeding(s) Mr Sharpe has Not been to preliminary Hearing, or Arraignment And plea Hearing, or a Trial Hearing, or Sentencing hearing, or Any post conviction proceedings. These mental and physical Injury(s) caused by These unprofessional people" These people has Falseifly documents" All prisoner(s) Are Allowed to be at court An At libary" Witch These people do not care for Mr Sharpes legal Issue(s) Nor the state of Georgia(s) law(s)... This unprofessional standards these officer(s) And Judge(s) And etc. has kept Mr Sharpe Confined under All False allegations Has costed him his family, wife, House, Car, Kids, part of his life he can never replace.

END)                           Robert Arnett Sharpe Jr

Further more, Officer Johnson did knowingly an willingly talked to or around other inmate's concearning Mr Sharpe's alligations an or lie(s), Mr Johnson knowingly an willing put Mr Sharpe(s) life in danger. This is not "perfessional" there is more then Mr Sharpe(s) case he has talked to or around inmate(s) "this voilate(s) Mr Sharpe(s) civil rights."

Mr Sharpe(s) request(s) this suit be granted to him an a investigation be held" Mr Johnson has been putting inmate(s) in danger the last incident was on 04-26-2011 concearning Mr Sharpe(s) allegation(s).

END.

Staphen Butler, Wayne Luke, Anthony Heath, Antonio Corter, Elizabeth Carter, Kathy Helms, Elaine Dougles, Billie Jean Melton, Matt Bennett, Regina Wilkerson an officer Johnson,

Did willingly an knowing caused Mrs Sharpe to worry an further more Mrs Sharpe had to move out of Nashville Georgia because of the harrasment made to her an Mr an Mrs Sharpe's Children, This has caused mental an also Emotion strain on Mrs Sharpe an there Children." These people are law brakers an are careless whom comes to the safty of one's life". These people are still harassing Mrs Sharpe an there Children." All This That These people (defendants) have done an still is doing is against there Civil Rights, They are Covering up the Safe(s) of Children" an bribe's to Cover up false document, "Mr Sharpe has wrote the G.B.I. on this matter" In prisoning Mr Shope an officer(s) Telling other inmats of allegation's on Mr Sharpe (witch are lies) an making Mr Sharpes wife an children move is clearly against The plaintiffs Constitutional Right(s) failure to protect, an malicious prosecution "End"

Defendant Name(s)                              4074

(1) Stephen Butler        (7) Elaine Douglas
(2) Wayne Luke            (8) Billie Jean Melton
(3) Anthony Heath         (9) Matt Bennett
(4) Antonieo Carter       (10) Regeina Wilkison
(5) Elizabeth Carter
(6) Kathy Helms

Dear U.S District Court western district of New York. If The Court Gives me permission to proceed in forma pauperis" I would like to ask the Court for an order directing service of the complaint by the U.S. Marshals at my expense

Thank you very much
Robert A Shape

1100298370
Robert Arnold Sharpe JR            04-2-2011

First, Second, Shifts on 18,19,20,21,22 days of 2011.

Legal Civil Rights Complaint

1st, 2nd, shift officer(s) on 04-18,19,20,21,22
days of Jail An          on going.
Unsainitary Cont.

Prisoner Civil Rights Complaint
Officers Not performing legal duties under the
laws of the state 1st An 14 amends U.S. const. O.C.G.A
§ 5-6-43, 5-6-41 An 5-6-32-34 And Rule 67 G.C.R.P
Advise: Copy sent to American Civil Liberty Union
(A.C.L.U.) P.O. Box 77906 Atlanta Georgia An Clerk U.S District
Court United States Court House Buffalo New York 14202-D knowing
An willing Violate Inmates Civil Rights under U.C.G.A. Code

# INMATE GRIEVANCE FORM

OV

Inmate Name: #1000298370 Robert Arnold Sharpe JR   Date: 04-26-2011

Grievance Number: (Assigned by Grievance Officer) _____

Type of Complaint: Civil Rights - INMATE(S) INMATE(S) INdangerment

Persons Involved: Officer Johnson

Witnesses: Wayne Gray
Corey Brown

Narrative of Complaint: Officer Johnson Did willingly AN knowingly TALK TO OR Around other INmate(s) About Allegation(s) AN or lies Concerning MR Sharpe #1000298370. Did INdaNger AN or Put IN harms WAY MR Sharpe - AN No Telling How MANY More INmate(s) HAve been Treated THIS WAY by officer JohnSON! END!

**Action Taken:** _____

( ) I agree with the above action taken     ( ) I disagree and wish to appeal to the Jail Administrator

Inmate Signature     Date                    Chief of Operations     Date

---

**Administrator Comments:** _____

Jail Administrator           Date

(1) Copys Sent to:
Attorney JANICE PRINCE
801 South Parrish Ave Adel
Georgia 31621

(2) Clerk US District Court
United States Court house
Buffalo New York 14202

(3) Sheriff(s) office
Berrien County Farm RD
Nashville GA 31639

WITNESS: Wayne Gray