-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROBERT ARNOLD SHARPE and TAMMY
 MECHELLE SHARPE,

        Plaintiff,

        -v-

STEPHEN BUTLER, WAYNE LUKE,
ANTHONY HEATH, ANTHONY CARTER,
ELIZABETH CARTER, KATHY HELMIS,
REGINA WILKINSON, ELANE DOUGLAS,
BILLIE JEAN MELTON, MATT BENNETT,
OFFICER JOHNSON,

        Defendants.

**DECISION and ORDER**
11-CV-0384F



---

    Plaintiffs, Robert Arnold Sharpe, an inmate or detainee at the Berrien County Detention Facility, and Tammy Mechelle Sharpe, have filed an action under 42 U.S.C. § 1983 against what appear to be various law enforcement officials, county prosecutors, county jail personnel and county child and family services workers for actions that occurred in and around Berrien County, Georgia. They allege, as best the Court can discern, that the defendants have falsely arrested and maliciously prosecuted plaintiff Robert Sharpe as part of an effort or scheme to take his children. Plaintiffs seek to proceed in forma pauperis and Robert Sharpe has filed a Prison Authorization pursuant to 28 U.S.C. § 1915(b).

    Because Berrien County is located in the Middle District of Georgia, Valdosta Division, this action is deemed to arise under jurisdiction of the United States District Court for the Middle District of Georgia. See 28 U.S.C. § 1391(b). Pursuant to 28 U.S.C. §

1406(a), this action is ordered transferred to the United States District Court for the Middle District of Georgia.

The determination of the plaintiff's motion for permission to proceed *in forma pauperis* has been left to the Middle District of Georgia and therefore this Court has not sent his signed authorization form to the Berrein County Detention Facility for execution.

IT HEREBY IS ORDERED, that this matter is transferred to the United States District Court for the Middle District of Georgia, Valdosta Division.

SO ORDERED

Dated: 12/22, 2011
Buffalo, New York

_____
WILLIAM M. SKRETNY
Chief Judge
United States District Court